UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a JET ICU,** a Florida corporation

*Plaintiff and Petitioner,*

v.

**AETNA LIFE INSURANCE COMPANY,** a Connecticut corporation

*Defendant.*

_____/

Case No.:
8:24-cv-02720-VMC-SPF

Judge: Hon. Virginia M. Covington

### AMENDED NOTICE OF MEDIATION CONFERENCE

In accordance with the courts Case Management and Scheduling Order [ECF. 25], Plaintiff WORLDWIDE AIRCRAFT SERVICES, INC. d/b/a JETICU hereby provides notice to all parties in this action that there will be a court-ordered mediation conference in this case as follows:

| | |
|---|---|
| Date: | Wednesday, November 5th, 2025 |
| Time: | 9 a.m. – 12 p.m. |
| Mediator: | Michelle Jernigan, Esq. |
| Location: | (In Person)<br>One Orlando Centre,<br>800 Magnolia Avenue, Suite 400<br>Orlando, FL 32803 |

**(INTENTIONALLY LEFT BLANK)**

Respectfully submitted on March 3, 2025

*/s/ Michael Brannigan*

Michael Brannigan
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
MichaelBrannigan@jeticu.com
Legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)

*Counsel for Plaintiff Worldwide Aircraft Service, Inc. d/b/a JetICU*

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed using CM/ECF system and has been furnished to the Emilia Quesada, Esq.(EQuesada@smgqlaw.com) *Attorney for Aetna Life Insurance Company,* 201 Alhambra Circle Suite 1205, Miami, Florida 33134 on February 25, 2025.

Michael Brannigan
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
MichaelBrannigan@jeticu.com
Legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)

*Counsel for Plaintiff Worldwide Aircraft Service, Inc. d/b/a JetICU*

3