UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a JET ICU,** a Florida corporation

*Plaintiff and Petitioner,*

v.

**AETNA LIFE INSURANCE COMPANY,** a Connecticut corporation

*Defendant.*
_____/

Case No.:
8:24-cv-02720-VMC-SPF

Judge: Hon. Virginia M. Covington

## NOTICE OF APPEAL

WORLDWIDE AIRCRAFT SERVICES, INC. d/b/a JETICU, by and through their undersigned counsel, hereby file this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit, the (1) Order granting AETNA LIFE INSURANCE COMPANY's Motion to Dismiss Plaintiff's Complaint with prejudice filed April 02, 2025 (Dkt. 40). (2) Order denying Plaintiff WORLDWIDE AIRCRAFT SERVICES, INC.'s Request for Oral Argument as moot (Dkt. 40).

**(INTENTIONALLY LEFT BLANK)**

Respectfully submitted on April 29, 2025

/s/ Michael Brannigan

Michael Brannigan
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
MichaelBrannigan@jeticu.com
Legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)

*Counsel for Plaintiff Worldwide Aircraft
Service, Inc. d/b/a JetICU*

**CERTIFCATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed using CM/ECF system and has been furnished to the Emilia Quesada, Esq.(EQuesada@smgqlaw.com) *Attorney for Aetna Life Insurance Company,* 201 Alhambra Circle Suite 1205, Miami, Florida 33134 on April 29, 2025.

Michael Brannigan
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
MichaelBrannigan@jeticu.com
Legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)

*Counsel for Plaintiff Worldwide Aircraft Service, Inc. d/b/a JetICU*