# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 12, 2026

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 25-11473-JJ
Case Style: Worldwide Aircraft Services, Inc. v. Aetna Life Insurance Company
District Court Docket No: 8:24-cv-02720-VMC-SPF

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11473

_____

WORLDWIDE AIRCRAFT SERVICES, INC.,
  a Florida corporation,
  d.b.a. Jet ICU,

                                                *Plaintiff-Appellant,*

versus

AETNA LIFE INSURANCE COMPANY,
  a Connecticut corporation,

                                                *Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-02720-VMC-SPF

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 10, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: March 12, 2026